From: Andrew Khoury    Fax: +1 (903) 704-4759          To: Aldean E. Kainz, Esq.   Fax: +1 (512) 391-2125         Page 3 of 3   4/5/2013 12:38

12-13-00135-CV

CAUSE NO. 2011-1549-CCL2

**FILED**
GREGG COUNTY, TEXAS

APR 04 2013

_____O'CLOCK_____M
BARBARA DUNCAN, DISTRICT CLERK
BY_____DEPUTY

| | | |
|---|---|---|
| SHARON MORRISON | § | IN THE |
| | § | |
| VS. | § | |
| | § | |
| | § | COUNTY COURT AT LAW #2 |
| WHISPERING PINES LODGE I, L.L.P. D/B/A | § | |
| WHISPERING PINES LODGE and | § | |
| WHISPERING PINES LODGE, L.L.C. D/B/A | § | |
| WHISPERING PINES LODGE | § | OF GREGG COUNTY, TEXAS |

## ORDER

On the 11th day of March, 2013, came on for consideration (1) Defendants' Motion for Leave to File Defendants' Motion to Dismiss Pursuant to Chapter 74 of the Civil Practice and Remedies Code and (2) Defendants' Motion to Dismiss Pursuant to Chapter 74 of the Civil Practice and Remedies Code. After due consideration of all relevant factors the Court is of the opinion that the motions are not well-taken and should be denied; it is therefore

ORDERED that Defendants' Motion for Leave to File Defendants' Motion to Dismiss Pursuant to Chapter 74 of the Civil Practice and Remedies Code is DENIED; it is further

ORDERED that Defendants' Motion to Dismiss Pursuant to Chapter 74 of the Civil Practice and Remedies Code is DENIED.

SIGNED on _____APR 04 2013_____.

_____
Vincent L. Dulweber, Judge Presiding

Approved:

_____
Andrew G. Khoury, Attorney for Plaintiff
SBOT #00791024



FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 25 2013
elkm

TYLER TEXAS
CATHY S. LUSK, CLERK